**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DEMOS P. DEMOPOULOS, et al.,

        Plaintiffs,

        -against-

F&B FUEL OIL CO., INC., et al.,

        Defendants.

---

19-CV-1133 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Parties are directed to submit a joint post-discovery status letter by **May 1, 2020**.

**SO ORDERED.**

Dated: April 20, 2020
       New York, New York

            *s/ Ona T. Wang*
            **Ona T. Wang**
            United States Magistrate Judge