**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DEMOS P. DEMOPOULOS, et al.,

        Plaintiffs,                                    19-cv-1133 (OTW)

        -against-                                    **ORDER**

F & B FUEL OIL CO. INC., et al.,

        Defendants.

------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Wednesday, December 09, 2020 at 12:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

    **SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: November 4, 2020                                    **Ona T. Wang**
       New York, New York                       United States Magistrate Judge