**MEMO ENDORSED**

# FRIEDMAN & ANSPACH
Attorneys at Law
1500 Broadway
New York, New York 10036
(212) 354-4500

EUGENE S. FRIEDMAN
WILLIAM ANSPACH
ANUSHA RASALINGAM
JAE W. CHUN

ERIN McGEE
DANIEL TREIMAN
LEO GERTNER*

*ADMITTED IN PA AND D.C. ONLY

FAX: (212) 719-9072
www.friedmananspach.com

January 22, 2021

**VIA ECF**
Hon. Ona T. Wang, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Local 553 Pension Fund v. F & B Fuel
      Oil Co. Inc., *et.al.*, 1:19-cv-01133(OTW)

Dear Judge Wang:

As you are aware, this firm represents Plaintiffs in the above-captioned action. With consent of opposing counsel, we write to request an adjournment of three weeks for the parties to submit their cross-motions for summary judgment. This is the parties' first request for an extension with respect to the cross-motions. The original schedule, endorsed by the Court at Docket No. 28, called for cross-motions to be made by February 5, 2021, opposition briefs by February 19, 2021 and reply briefs by February 26, 2021.

The undersigned counsel was recently served with papers in two urgent matters requiring responses on February 1 and 5, 2021 which conflict with the current schedule. If permitted by the Court, the new proposed schedule agreed on by the parties would be as follows: cross-motions for summary judgment due February 26, 2021 briefs in opposition due March 12, 2021 and replies due March 19, 2021. Thank you for your consideration of this matter.

Very truly yours,

/s/

Erin V. McGee

**SO ORDERED:**

Application GRANTED.

**Ona T. Wang**    1/26/21
United States Magistrate Judge

cc:   James Monteleon, Esq.
      Law Office of Rocco D'Agostino
      445 Hamilton Ave., Ste 607
      White Plains, New York 10602
      james.monteleon@gmail.com
      (via first-class mail and e-mail)



4825-9130-9016, v. 1