**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEMOS P. DEMOPOULOS, et al.,

                Plaintiffs,

-against-                              19 **CIVIL** 1133 (OTW)

                                                        **JUDGMENT**

F & B FUEL OIL CO. INC., et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 2, 2022, the Court has granted Plaintiffs' Motion for Summary Judgment and Defendant is ordered to pay Plaintiffs the following: (1) $255,248 in all unpaid withdrawal liability; (2) $230,108.64 in prejudgment interest; (3) $5,125.84 in liquidated damages; (4) $120,345 in attorneys' fees; (5) $400 in legal costs; and (6) Post-judgment interest on the entire monetary award at the rate set out in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

       December 5, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                         **BY:**      *K. Mango*

                                                             **Deputy Clerk**