**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEMOS P. DEMOPOULOS, et al.,

                Plaintiffs,

-against-                      19 **CIVIL** 1133 (OTW)

                **AMENDED JUDGMENT**

F&B FUEL OIL CO. INC., et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated February 13, 2023, ECF 75 included a clerical error.  The Court has granted Plaintiffs' Motion for Summary Judgment and orders Defendant to pay Plaintiffs the following: (1) $255,248 in all unpaid withdrawal liability; (2) $230,108.64 in prejudgment interest; (3) $230,108.64 in liquidated damages; (4) $120,345 in attorneys' fees; (5) $400 in legal costs; and (6) Post-judgment interest on the entire monetary award at the rate set out in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

      February 14, 2023

                                            **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                      **BY:**   *K. Mango*

                                                          **Deputy Clerk**